# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-02-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER SETTING SENTENCING** |
| CALENARIO MOLINA-MOLINA *aka Cesar Fuentes Ruiz*, | |
| Defendant. | |

Defendant entered his plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on January 23, 2018. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on January 23, 2018 (Doc. 22). No objections having been filed within fourteen days thereof,

**IT IS HEREBY ORDERED** that Judge Cavan's Findings and Recommendations (Doc. 22) are **ADOPTED IN FULL**.

On February 9, 2018 Defendant filed an Unopposed Motion to Expedite Sentencing Hearing (Doc. 23); For good cause being shown,

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 23) is **GRANTED**. Therefore,

1

**IT IS HEREBY ORDERED** that,

1. Sentencing is set for **Thursday, February 22, 2018** at **3:30 p.m.**, in the James F. Battin Courthouse, 2601 Second Avenue North, Billings, Montana.

3. The presentence report shall be delivered to the Court and the parties on or before **February 12, 2018.**

4. Defendant is to remain in the custody of U.S. Marshals pending sentencing.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 9th day of February, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge