

**FILED**

FEB 2 2 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-00002-BLG-SPW-1 |
| Plaintiff, | |
| vs. | ORDER |
| CANDELARIO MOLINA-MOLINA, | |
| Defendant. | |

For the reasons stated on the record, CANDELARIO MOLINA-MOLINA is hereby released from the custody of the U.S. Marshals Service.

DATED this 22nd day of February, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1